ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702.474.4222
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:20-CR-00264-KJD-VCF |
| Plaintiff, | |
| vs. | |
| | ***STIPULATION TO CONTINUE SENTENCING HEARING AND PSR OBJECTIONS*** |
| LUIS ARELLANO, | (First Request) |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between CHRISTOPHER CHIOU, Acting United States Attorney, and KIMBERLY ANNE SOKOLICH, Assistant United States Attorney, counsel for the United States of America; and ROBERT M. DRASKOVICH, counsel for Defendant, LUIS ARELLANO, that the sentencing hearing currently scheduled for Tuesday, December 6, 2022 at 10:30a.m., be vacated and continued for forty-five (45) days or to a date and time convenient to this Court.

**IT IS FURTHER STIPULATED AND AGREED** by the above parties that the presentence investigation report objections, which were due on November 11, 2022 be continued to December 2, 2022.

/ / /

This request for a continuance is based on the following reasons:

1. Counsel for Mr. Arellano recently received the presentence investigation report due to email server issues and requires additional time to adequately prepare for sentencing.
2. The parties agree to the continuance.
3. Additional time requested by this Stipulation is made in good faith and not for purposes of delay.
4. Denial of this request for a continuance could result in a miscarriage of justice.
5. This is the first request for continuance of the sentencing hearing.

DATED this 18th day of November, 2022.

JASON M. FRIERSON
UNITED STATES ATTORNEY

Robert M. Draskovich                              Kimberly Anne Sokolich
/s/_____          /s/_____
ROBERT M. DRASKOVICH, ESQ.      Kimberly Anne Sokolich
Nevada Bar No. 6275                            Assistant United States Attorney
Attorney for Defendant                         Attorney for Plaintiff

ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702.474.4222
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: 2:20-CR-00264-KJD-VCF |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| LUIS ARELLANO, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for Tuesday, December 6, 2022 at 10:30a.m., be vacated and continued to January 24, 2023 at the hour of 10:30 a.m.. in courtroom 4A.

**IT IS FURTHER ORDERED** that the objections to the presentence investigation report be continued to December 2, 2022.

DATED AND DONE this 21st day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

/s/ Robert M. Draskovich
_____
Robert M. Draskovich, Esq.
Nevada Bar No. 6275
Attorney for Defendant